SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>            Plaintiff,<br><br>     vs.<br><br>SCUBA WORLD SACRAMENTO, INC.,<br><br>et. al.,<br><br>            Defendants. | Case No.: CIV.S-09-1009 FCD EFB<br><br>**ORDER FOR DISMISSAL OF DORIS M. FRINK ONLY**<br><br>Complaint Filed:  April 15, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Doris M. Fink) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants.  Defendant (Doris M. Frink) is dismissed because this Defendant is deceased.

Dated: June 8, 2009                               /s/Scott N. Johnson_____
                                                  SCOTT N. JOHNSON
                                                  Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  June 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE